IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:06CR146
                             )
       v.                    )
                             )
MARCUS WINN,                 )          ORDER
                             )
            Defendant.       )
_____)
```

The Court is advised that defendant wishes to enter a plea in this matter.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, August 4, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court