IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:06CR146
                             )
       v.                    )
                             )
MARCUS WINN,                 )        ORDER
                             )
            Defendant.       )
_____)
```

IT IS ORDERED that the sentencing hearing is rescheduled for:

**Thursday, October 19, 2006, at 2 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court