IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR146 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS WINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 12, 2009, the defendant appeared with counsel for a final hearing on the second and third petitions for offender under supervision (Filing Nos. 38 and 59). Defendant was present and represented by Jessica Douglas, Assistant Federal Public Defender. Plaintiff was represented by Frederick Franklin, Assistant United States Attorney.

Defendant has admitted to the allegations contained in the petitions. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked defendant's supervised release and, after allocution by counsel for both parties and the defendant, proceeded to sentencing. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and defendant is sentenced to the custody of the Bureau of Prisons for eighteen (18) months, with credit for all time served pending resolution of these petitions.

        2) After completion of his sentence, no further term of supervised release is imposed.

        DATED this 12th day of August, 2009.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2009.


_____

_____Signature of Defendant


**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2009 to _____, with a certified copy of this judgment.


_____   UNITED STATES WARDEN


By: _____

_____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2009.


_____   UNITED STATES WARDEN


By: _____

-3-